UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTON L. TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARISHKUMAR PATEL, et al.,<br><br>　　　　Defendants. | CASE NO. 1:14-cv-01754-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR AMENDED COMPLAINT FORMS** |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction.

On May 13, 2015, the Court found Plaintiff's Eighth Amendment claims against Defendants Patel and Le to be cognizable, and directed Plaintiff to submit service documents, including file-endorsed copies of the First Amended Complaint. (ECF No. 10.)

On May 22, 2015, Plaintiff requested the Court to provide four blank amended complaint forms. (ECF No. 11.) According to Plaintiff, the Ventura County Jail does not

provide inmates with copies of documents and therefore he must hand write multiple copies of his complaint.[1]

Defendants must be served with copies of the file-stamped complaint that was filed with the Court. The Court cannot accept handwritten duplicates of Plaintiff's amended complaint and so will deny Plaintiff's request for blank amended complaint forms.

Plaintiff's right of access to the courts includes the right to photocopy legal documents at his own expense. Hiser v. Franklin, 94 F.3d 1287, 1294 n.6 (9th Cir. 1996)(inmate has a right to photocopying when necessary to guarantee meaningful access to the courts); Allen v. Sakai, 48 F.3d 1082, 1090 (9th Cir. 1994)(access to courts can be seriously hindered "by an inability to make multiple, accurate copies of legal documents"). In addition, California regulations allow indigent *pro se* inmates to have certain legal documents, including summonses and complaints, photocopied for them free of charge. Cal. Code Regs., tit. 15, § 3162(c) & (d). Plaintiff shall inquire about the jail's copy policies. The Court will also request jail personnel at the Ventura County Jail to assist Plaintiff with copying services.

For the foregoing reasons, the Court HEREBY DENIES Plaintiff's request for the blank amended complaint forms.

IT IS SO ORDERED.

Dated:   May 28, 2015                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also notes that the Court's screening order mistakenly referred to Kern Medical Center as Kern Valley State Prison. This admitted error does not affect the viability of Plaintiff's complaint, the propriety of its service, or further proceedings in the case.

2