# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTON L. TAYLOR, | Case No. 1:14-cv-01754-DAD-MJS |
| Plaintiff, | |
| v. | |
| HARISHKUMAR PATEL, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

Delton L. Taylor, CDCR # AR-6172, a necessary and material witness in a trial in this case on April 10, 2018, is confined in Centinela State Prison (CSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Dale A. Drozd at the U. S. District Court, Courtroom #5, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA 93721, on Tuesday, April 10, 2018 at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Centinela State Prison, P.O. Box 731, Imperial, CA 92251:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Drozd at the time and place above, until completion of the trial or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: March 13, 2018          /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE