# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTON L. TAYLOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HARISHKUMAR PATEL, et al.,<br><br>　　　　Defendants. | **CASE NO. 1:14-cv-01754-DAD-MJS (PC)**<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS TESTIFACANDUM FOR TRIAL**<br><br>**(ECF No. 73)** |

　　Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 20, 2018, the parties reached a settlement and filed a stipulation of voluntary dismissal with prejudice. In light of the stipulation, the trial date will be cancelled and therefore it is no longer necessary for the warden of Centinela State Prison to produce Plaintiff for trial.

　　Accordingly, IT IS HEREBY ORDERED that the writ of habeas corpus testificandum issued on March 13, 2018 (ECF No. 73) is VACATED and the warden of Centinela State Prison shall not produce Plaintiff for trial as previously ordered.

　　The Clerk of Court is directed to send a copy of this Order to: Warden, Centinela State Prison, P.O. Box 731, Imperial, CA 92251.

IT IS SO ORDERED.

Dated:　March 21, 2018　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE